UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| Re: Paysign, Inc., *et al.*<br>Class Action Litigation | ) ) ) ) ) ) ) ) ) ) ) | 2:20-cv-00553-GMN-DJA<br>2:20-cv-00585-JAD-VCF |

**OMNIBUS TRANSFER ORDER**

In March of 2020, Plaintiffs Yilan Shi and Lorna Chase each filed Class Action Complaints against Defendants Paysign, Inc., Mark R. Newcomer, and Mark Attinger (collectively, "Defendants"). The Complaints allege that Defendants violated Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. §§ 78j(b) and 78t(a), as well as Rule 10b-5 promulgated by the SEC thereunder, 17 C.F.R. § 240.10b-5.

Having reviewed the Complaints, Judges Gloria M. Navarro and Jennifer A. Dorsey have concluded that judicial economy will be served by transferring both cases to a single District Court Judge and Magistrate Judge. Accordingly, the Undersigned Judges—exercising the Court's inherent power to control the management of the docket to foster judicial economy—**HEREBY ORDER** that 2:20-cv-00585-JAD-VCF be **TRANSFERRED** to District Judge Gloria M. Navarro and Magistrate Judge Daniel J. Albregts for all further proceedings.

**DATED** this  18    day of August, 2020.

_____                           _____
Jennifer A. Dorsey, District Judge                  Gloria M. Navarro, District Judge
United States District Court                        United States District Judge