**GREENBERG TRAURIG, LLP**
Christopher R. Miltenberger, Esq. (Nevada Bar No. 10153)
miltenbergerc@gtlaw.com
10845 Griffith Peak Drive
Las Vegas, NV 89135
Telephone:   (702) 792-3773
Facsimile:    (702) 792-9002

**GREENBERG TRAURIG, LLP**
Daniel J. Tyukody, Esq. (California Bar No. 123323)
(*Pro Hac Vice Forthcoming*)
tyukodyd@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, CA 90067

*Attorneys for Defendants Paysign, Inc.,*
*Mark R. Newcomer, Mark Attinger and Daniel Spence*

**UNITED STATES DISTRICT COURT**

**DISTRICT COURT OF NEVADA**

| | |
|---|---|
| IN RE PAYSIGN, INC. SECURITIES LITIGATION | Case No.:  2:20-cv-00553-GMN-DJA |
| | Hon. Gloria M. Navarro |
| | <u>CLASS ACTION</u> |
| | **DECLARATION OF CHRISTOPHER R. MILTENBERGER IN SUPPORT OF MOTION TO DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE SECURITIES LAWS** |

DECLARATION OF CHRISTOPHER R. MILTENBERGER IN SUPPORT OF MOTION TO
DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

I, Christopher R. Miltenberger, declare as follows:

1.    I am an attorney duly licensed to practice law in the State of Nevada.  I am a shareholder with the law firm of Greenberg Traurig, LLP and counsel of record for Defendant Paysign, Inc. ("Paysign") and Individual Defendants Mark R. Newcomer, Mark Attinger, and Daniel Spence (collectively with Paysign, "Defendants") in the above-referenced action.

2.    I submit this declaration in support of (i) Defendants' Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint and (ii) Defendants' Request for Judicial Notice.  I have personal knowledge of the matters stated herein and, if called upon to do so, I could and would competently testify thereto.

3.    Attached hereto as **Exhibit A** is a true and correct copy of a Paysign Form 10-K, which was filed with the SEC on April 3, 2020.

4.    Attached  hereto as **Exhibit B** is a true and correct copy of the Order Making Findings and Imposing Remedial Sanctions and a Cease-and-Desist Order Pursuant to Section 8A of the Securities Act of 1933 and Sections 4C and 21C of the Securities Exchange Act of 1934, and Rule 102(e) of the Commission's Rules of Practice as to De Joya Griffith, LLC, Arthur De Joya, CPA, Jason Griffith, CPA, and Philip Zhang, CPA, which was issued by the SEC on September 18, 2015 as part of SEC Administrative Proceeding File No. 3-16339.

5.    Attached hereto as **Exhibit C** are true and correct copies of excerpts from a Paysign Schedule 14A proxy statement, which was filed with the SEC on April 17, 2019.

6.    Attached hereto as **Exhibit D** are true and correct copies of Defendant Mark R. Newcomer's Form 4s, filed with the SEC on April 18, 2019; July 3, 2019; and September 18, 2019.

7.    Attached hereto as **Exhibit E** are true and correct copies of Defendant Daniel Spence's Form 4s, filed with the SEC on September 25, 2019 and October

**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002

1

4, 2019.

8.    Attached hereto as **Exhibit F** is a Yahoo! Finance table of historical data reflecting the price of Paysign stock for the period from March 12, 2019 through June 1, 2020, which is available at *https://finance.yahoo.com/quote/ PAYS/history?period1=1552348800&period2=1590969600&interval=1d&filter= history&frequency=1d&includeAdjustedClose=true.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 15th day of March 2021 at Las Vegas, Nevada.

*/s/ Christopher  R. Miltenberger*
Christopher R. Miltenberger

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002

2

DECLARATION OF CHRISTOPHER R. MILTENBERGER IN SUPPORT OF MOTION TO DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the 15th day of March 2021, a true and correct copy of the foregoing ***Declaration of Christopher R. Miltenberger in Support of Motion to Dismiss Consolidated Amended Class Action Complaint for Violations of the Securities Laws*** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties registered to this case by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

*/s/ Andrea Lee Rosehill*
An employee of Greenberg Traurig, LLP

**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1

DECLARATION OF CHRISTOPHER R. MILTENBERGER IN SUPPORT OF MOTION TO DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT