# EXHIBIT C
Excerpts of a Paysign Schedule 14A proxy statement,
filed with the SEC on April 17, 2019

DEFR14A 1 tpea_defr14a2.htm DEFR14A

Table of Contents

**United States**
**Securities and Exchange Commission**
**Washington, D.C. 20549**

**SCHEDULE 14A**
**(Rule 14a-101)**

**Proxy Statement Pursuant to Section 14(a) of the**
**Securities Exchange Act of 1934**
**(Amendment No. 2)**

Filed by the Registrant     ☒

Filed by a Party other than the Registrant     ☐

Check the appropriate box:

☐    Preliminary Proxy Statement

☐    **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

☒    Definitive Proxy Statement

☐    Definitive Additional Materials

☐    Soliciting Material Pursuant to §240.14a-12

**3PEA INTERNATIONAL, INC.**
**(Name of Registrant As Specified In Its Charter)**

_____

**(Name of Person(s) Filing Proxy Statement if other than the Registrant)**

Payment of Filing Fee (Check the appropriate box):

☒   No fee required.

☐   Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.

    (1)   Title of each class of securities to which transaction applies:

    (2)   Aggregate number of securities to which transaction applies:

    (3)   Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined):

    (4)   Proposed maximum aggregate value of transaction:

    (5)   Total fee paid:

☐   Fee paid previously with preliminary materials.

☐   Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

    (1)   Amount Previously Paid:

    (2)   Form, Schedule or Registration Statement No.:

    (3)   Filing Party:

## SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT

The following table sets forth, as of March 15, 2019, certain information concerning the beneficial ownership of our common stock by (i) each person known by us to own beneficially five percent (5%) or more of the outstanding shares of each class, (ii) each of our directors and named executive officers, and (iii) all of our executive officers and directors as a group.

The number of shares beneficially owned by each 5% stockholder, director or executive officer is determined under the rules of the Securities & Exchange Commission, or SEC, and the information is not necessarily indicative of beneficial ownership for any other purpose. Under those rules, beneficial ownership includes any shares as to which the individual or entity has sole or shared voting power or investment power and also any shares that the individual or entity has the right to acquire within 60 days after March 15, 2019 through the exercise of any stock option, warrant or other right, or the conversion of any security. Unless otherwise indicated, each person or entity has sole voting and investment power (or shares such power with his or her spouse) with respect to the shares set forth in the following table. The inclusion in the table below of any shares deemed beneficially owned does not constitute an admission of beneficial ownership of those shares.

| Name and Address of Beneficial Owner | Amount and Nature of Beneficial Ownership | Percent of Class (1) |
|---|---|---|
| **5% Beneficial Owners:** | | |
| Anthony DePrima (4) | 2,745,163 | 5.9% |
| | | |
| **Named Executive Officers, Directors, and Nominees:** | | |
| Mark R. Newcomer (2) (3) | 9,010,000 | 19.2% |
| | | |
| Daniel H. Spence (2) (3) | 8,510,000 | 18.1% |
| | | |
| Joan M. Herman (2) (3) | 400,000 | 0.9% |
| | | |
| Dan R. Henry (2) (3) | 375,000 | 0.8% |
| | | |
| Bruce Mina (2) (3) | 56,500 | 0.0% |
| | | |
| Quinn Williams (2) (3) | 50,000 | 0.0% |
| | | |
| Dennis Triplett (2) (3) | 50,000 | 0.0% |
| | | |
| All Officers and Directors as a Group | 18,451,500 | 38.7% |

(1)     Based upon 46,731,912 shares of Common Stock issued and outstanding as of March 15, 2019.

(2)     The address for the shareholder is 1700 W Horizon Ridge Pkwy., Suite 200, Henderson, NV 89012.

(3)     Includes the following number of shares of our common stock either (a) issuable upon exercise of stock options granted to our named executive officers and directors that are exercisable within 60 days after March 15, 2019, or (b) issuable pursuant to stock grants to our named executive officers and directors that vest within 60 days after March 15, 2019:

| Directors and Executive Officers | Options Exercisable/Shares Issuable within 60 days | Unvested Options/Stock Grants not Included |
|---|---|---|
| Mark Newcomer | 200,000 | 1,000,000 |
| Daniel Spence | 200,000 | 1,000,000 |
| Joan Herman | – | 600,000 |
| Dan Henry | 375,000 | 1,125,000 |
| Bruce Mina | 50,000 | 150,000 |
| Quinn Williams | 50,000 | 150,000 |
| Dennis Triplett | 50,000 | 150,000 |
| All executive officers and directors as a group | 925,000 | 4,175,000 |

Case 2:20-cv-00553-GMN-DJA   Document 35-3   Filed 03/15/21   Page 4 of 4

(4)    Based on information provided by Anthony DePrima on February 15, 2019. The address of Mr. DePrima is 13236 N. 7th Street B4-299, Phoenix, AZ 85022.

---

27