# EXHIBIT F
Historical prices of Paysign stock for the period
March 12, 2019 through June 1, 2020

**Finance Home**    Watchlists    My Portfolio    Screeners    Premium 🔒    Markets    News    Personal Finance    ⋯    Premium -Try it free



## PaySign, Inc. (PAYS)
NasdaqCM - NasdaqCM Real Time Price. Currency in USD

☆ Add to watchlist     👥 Visitors trend 2W ↓   10W ↑   9M ↑

# 4.8600 +0.2100 (+4.52%)
At close: March 12 4:00PM EST

Summary    Company Outlook 🔒    Chart    Conversations    **Historical Data**    Profile    Financials



### Self-care mode: on
Shop Now

★macy's

Time Period: Mar 11, 2019 - May 31, 2020 ⌄    Show: Historical Prices ⌄    Frequency: Daily ⌄

Apply

Currency in USD        ⤓ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| May 29, 2020 | 6.9900 | 7.2200 | 6.8300 | 7.2200 | 7.2200 | 388,400 |
| May 28, 2020 | 7.2900 | 7.2900 | 6.9900 | 7.0600 | 7.0600 | 330,400 |
| May 27, 2020 | 7.4300 | 7.4700 | 7.0100 | 7.1900 | 7.1900 | 403,000 |
| May 26, 2020 | 7.2400 | 7.6900 | 7.1600 | 7.3800 | 7.3800 | 963,900 |
| May 22, 2020 | 7.1300 | 7.1800 | 6.8500 | 7.1400 | 7.1400 | 379,100 |
| May 21, 2020 | 7.0800 | 7.2000 | 6.9200 | 7.1000 | 7.1000 | 329,400 |
| May 20, 2020 | 7.3900 | 7.5800 | 7.0500 | 7.1000 | 7.1000 | 348,600 |
| May 19, 2020 | 7.2600 | 7.7000 | 7.0900 | 7.4600 | 7.4600 | 443,000 |
| May 18, 2020 | 7.3500 | 7.4300 | 6.7400 | 7.2800 | 7.2800 | 485,800 |
| May 15, 2020 | 7.1000 | 7.7000 | 7.0100 | 7.1900 | 7.1900 | 567,800 |
| May 14, 2020 | 6.3900 | 7.4300 | 6.3000 | 7.3300 | 7.3300 | 738,600 |
| May 13, 2020 | 7.0000 | 7.0300 | 6.4700 | 6.5400 | 6.5400 | 732,400 |
| May 12, 2020 | 7.5600 | 7.6300 | 7.0200 | 7.1100 | 7.1100 | 640,200 |
| May 11, 2020 | 7.7400 | 8.0000 | 7.4100 | 7.4400 | 7.4400 | 535,400 |
| May 08, 2020 | 8.5500 | 8.5800 | 7.6800 | 7.7200 | 7.7200 | 820,300 |
| May 07, 2020 | 8.2600 | 8.6300 | 8.1500 | 8.3400 | 8.3400 | 739,500 |
| May 06, 2020 | 7.9000 | 8.2400 | 7.7500 | 8.1700 | 8.1700 | 528,500 |
| May 05, 2020 | 7.9300 | 8.1900 | 7.7100 | 7.7900 | 7.7900 | 614,500 |
| May 04, 2020 | 7.9900 | 8.1500 | 7.5900 | 7.7700 | 7.7700 | 570,600 |
| May 01, 2020 | 8.2700 | 8.5400 | 7.9100 | 8.1700 | 8.1700 | 609,500 |
| Apr 30, 2020 | 8.0900 | 8.7400 | 7.8500 | 8.6000 | 8.6000 | 569,700 |



PAYS 4.8600 +0.2100 +4.52% PaySign - Yahoo Finance

Its principal target comprise prepaid card issuers, retail and private-label issuers, small third-party processors, and small and mid-size financial institutions in the United States and internationally. The company was formerly known as 3PEA International, Inc. and changed its name to PaySign, Inc. in April 2019. PaySign, Inc. is based in Henderson, Nevada.

**Recommendation Rating**     3.2

Strong   Buy    Hold    Under-    Sell
Buy                perform

**Analyst Price Targets (4)** ›

Low 3.30    Average 5.33    High 7.00

Current 4.86

**Earnings** ›    Options    Holders    Sustainability

○ Consensus EPS

| | Q4 2019 | Q1 2020 | Q2 2020 | Q3 2020 | Q4 2020 |
|---|---|---|---|---|---|
| | Missed | Beat | Missed | Missed | — |
| | By $0.01 | By $0.01 | By $0.02 | By $0.16 | Nov 17 |

**Financials** ›

Annual    Quarterly      Revenue    Earnings



◉ CBS SPORTS
UEFA EUROPA LEAGUE
WATCH EVERY MATCH LIVE
STREAMING ON Paramount+
TRY IT FREE

treatment of migraine in adults. The medicine comes in a prefilled pen or syringe and is taken once a month

Privacy (Updated)   About Our Ads   Terms (Updated)   Sitemap

DA Davidson: to Buy      11/15/2019
Initiated

© 2021 Verizon Media. All rights reserved.

**Recommendation Trends** ›

**Finance Home**    **Watchlists**    **My Portfolio**    **Screeners**    **Premium** 🔒    **Markets**    **News**    **Personal Finance**    •••    Premium -Try it free

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Apr 29, 2020 | 7.9500 | 8.5200 | 7.7900 | 8.3500 | 8.3500 | 783,900 |
| Apr 28, 2020 | 7.4000 | 8.0000 | 7.3400 | 7.6900 | 7.6900 | 680,600 |
| Apr 27, 2020 | 6.8900 | 7.4900 | 6.8900 | 7.3100 | 7.3100 | 426,900 |
| Apr 24, 2020 | 6.9500 | 7.1000 | 6.7000 | 6.8300 | 6.8300 | 401,500 |
| Apr 23, 2020 | 6.5300 | 7.1500 | 6.5300 | 6.9500 | 6.9500 | 640,700 |
| Apr 22, 2020 | 6.4600 | 6.7800 | 6.3200 | 6.5300 | 6.5300 | 638,800 |
| Apr 21, 2020 | 6.3600 | 6.4900 | 6.1000 | 6.3100 | 6.3100 | 1,060,200 |
| Apr 20, 2020 | 6.6600 | 6.9500 | 6.4900 | 6.5700 | 6.5700 | 640,600 |
| Apr 17, 2020 | 6.9800 | 7.2100 | 6.7600 | 6.9000 | 6.9000 | 647,900 |
| Apr 16, 2020 | 6.6000 | 6.7700 | 6.5100 | 6.7600 | 6.7600 | 320,700 |
| Apr 15, 2020 | 6.9000 | 6.9000 | 6.2500 | 6.5400 | 6.5400 | 658,700 |
| Apr 14, 2020 | 6.6400 | 7.4400 | 6.6400 | 7.2700 | 7.2700 | 885,900 |
| Apr 13, 2020 | 6.0000 | 6.7300 | 5.6400 | 6.6100 | 6.6100 | 1,145,000 |
| Apr 09, 2020 | 7.9900 | 8.3900 | 5.8000 | 6.3700 | 6.3700 | 2,672,800 |
| Apr 08, 2020 | 6.3900 | 7.5500 | 6.3900 | 7.3700 | 7.3700 | 1,633,700 |
| Apr 07, 2020 | 5.4500 | 7.2000 | 5.4000 | 6.2700 | 6.2700 | 1,693,200 |
| Apr 06, 2020 | 4.6900 | 5.1800 | 4.5600 | 5.1300 | 5.1300 | 819,700 |
| Apr 03, 2020 | 4.0800 | 5.3200 | 4.0800 | 4.5100 | 4.5100 | 1,869,800 |
| Apr 02, 2020 | 4.2500 | 4.3400 | 3.9000 | 4.0300 | 4.0300 | 910,900 |
| Apr 01, 2020 | 4.2700 | 4.4000 | 4.0500 | 4.3500 | 4.3500 | 1,332,200 |
| Mar 31, 2020 | 5.6100 | 5.7100 | 5.0400 | 5.1600 | 5.1600 | 708,800 |
| Mar 30, 2020 | 5.4200 | 5.6000 | 5.1100 | 5.5700 | 5.5700 | 473,600 |
| Mar 27, 2020 | 5.3900 | 5.5100 | 5.0000 | 5.4400 | 5.4400 | 530,200 |
| Mar 26, 2020 | 5.5400 | 5.9500 | 5.3300 | 5.5500 | 5.5500 | 616,100 |
| Mar 25, 2020 | 4.3400 | 6.1400 | 4.3200 | 5.1700 | 5.1700 | 1,247,800 |
| Mar 24, 2020 | 4.1100 | 4.9800 | 4.1100 | 4.4400 | 4.4400 | 891,900 |
| Mar 23, 2020 | 4.1800 | 4.1800 | 3.6300 | 3.8700 | 3.8700 | 832,200 |
| Mar 20, 2020 | 4.3500 | 4.6100 | 4.1400 | 4.2900 | 4.2900 | 475,900 |
| Mar 19, 2020 | 3.9600 | 4.7500 | 3.7800 | 4.2100 | 4.2100 | 707,200 |
| Mar 18, 2020 | 4.1700 | 4.1900 | 3.7600 | 4.0600 | 4.0600 | 715,300 |
| Mar 17, 2020 | 4.5500 | 4.6000 | 3.7400 | 4.4200 | 4.4200 | 1,421,600 |
| Mar 16, 2020 | 4.2500 | 5.1200 | 3.7200 | 4.5900 | 4.5900 | 1,807,300 |
| Mar 13, 2020 | 6.5000 | 6.8600 | 4.9100 | 5.5200 | 5.5200 | 1,495,300 |
| Mar 12, 2020 | 5.5800 | 6.7500 | 4.3000 | 6.4500 | 6.4500 | 1,365,600 |
| Mar 11, 2020 | 6.8600 | 7.1500 | 6.5600 | 6.7100 | 6.7100 | 828,100 |
| Mar 10, 2020 | 7.5800 | 7.7200 | 6.9300 | 7.2200 | 7.2200 | 734,400 |
| Mar 09, 2020 | 8.0100 | 8.0100 | 7.3500 | 7.4000 | 7.4000 | 694,600 |





**Finance Home**   **Watchlists**   **My Portfolio**   **Screeners**   **Premium** 🔒   **Markets**   **News**   **Personal Finance**    •••    Premium -Try it free

| Date | | | | | | |
|---|---|---|---|---|---|---|
| Mar 06, 2020 | 7.8500 | 8.5300 | 7.8200 | 8.3600 | 8.3600 | 546,800 |
| Mar 05, 2020 | 8.6400 | 8.6800 | 7.9500 | 8.1300 | 8.1300 | 635,100 |
| Mar 04, 2020 | 8.6000 | 8.8700 | 8.4000 | 8.8400 | 8.8400 | 330,300 |
| Mar 03, 2020 | 8.6300 | 9.0700 | 8.4000 | 8.5100 | 8.5100 | 739,200 |
| Mar 02, 2020 | 8.0700 | 8.5800 | 7.8500 | 8.5100 | 8.5100 | 612,600 |
| Feb 28, 2020 | 7.5300 | 8.1400 | 7.3000 | 8.0300 | 8.0300 | 744,400 |
| Feb 27, 2020 | 8.4600 | 8.4600 | 7.9200 | 7.9400 | 7.9400 | 778,100 |
| Feb 26, 2020 | 8.0800 | 8.7900 | 8.0000 | 8.7100 | 8.7100 | 479,700 |
| Feb 25, 2020 | 8.8800 | 9.0000 | 7.7500 | 8.1600 | 8.1600 | 918,700 |
| Feb 24, 2020 | 9.0800 | 9.2600 | 8.6000 | 8.8100 | 8.8100 | 679,500 |
| Feb 21, 2020 | 10.0500 | 10.1200 | 9.5500 | 9.5800 | 9.5800 | 334,900 |
| Feb 20, 2020 | 10.0400 | 10.3600 | 9.9200 | 10.0500 | 10.0500 | 651,600 |
| Feb 19, 2020 | 9.5400 | 10.0300 | 9.5400 | 9.9900 | 9.9900 | 507,400 |
| Feb 18, 2020 | 9.3000 | 9.6500 | 9.2500 | 9.5700 | 9.5700 | 303,000 |
| Feb 14, 2020 | 9.4400 | 9.4900 | 9.2500 | 9.3400 | 9.3400 | 204,900 |
| Feb 13, 2020 | 9.2200 | 9.5000 | 9.2000 | 9.4500 | 9.4500 | 298,100 |
| Feb 12, 2020 | 9.1700 | 9.2900 | 9.0800 | 9.2900 | 9.2900 | 280,300 |
| Feb 11, 2020 | 9.0300 | 9.2500 | 8.8900 | 9.0600 | 9.0600 | 260,500 |
| Feb 10, 2020 | 9.1500 | 9.3100 | 9.0000 | 9.0700 | 9.0700 | 265,800 |
| Feb 07, 2020 | 8.8600 | 9.2600 | 8.8000 | 9.2000 | 9.2000 | 435,700 |
| Feb 06, 2020 | 8.4300 | 9.4200 | 8.4300 | 8.9200 | 8.9200 | 1,027,500 |
| Feb 05, 2020 | 8.6000 | 8.6600 | 8.1000 | 8.4400 | 8.4400 | 782,900 |
| Feb 04, 2020 | 8.9800 | 9.0600 | 8.4400 | 8.4900 | 8.4900 | 876,400 |
| Feb 03, 2020 | 8.7600 | 8.8900 | 8.6600 | 8.7600 | 8.7600 | 512,900 |
| Jan 31, 2020 | 9.1100 | 9.1700 | 8.7000 | 8.7400 | 8.7400 | 764,900 |
| Jan 30, 2020 | 9.5300 | 9.6000 | 9.0300 | 9.1300 | 9.1300 | 425,600 |
| Jan 29, 2020 | 9.6800 | 9.7500 | 9.4400 | 9.6100 | 9.6100 | 232,800 |
| Jan 28, 2020 | 9.4400 | 9.6800 | 9.3500 | 9.6400 | 9.6400 | 259,000 |
| Jan 27, 2020 | 9.3900 | 9.6100 | 9.2100 | 9.4000 | 9.4000 | 435,300 |
| Jan 24, 2020 | 9.8200 | 9.9500 | 9.5700 | 9.6500 | 9.6500 | 283,500 |
| Jan 23, 2020 | 9.7500 | 9.8500 | 9.5500 | 9.7500 | 9.7500 | 237,400 |
| Jan 22, 2020 | 9.7700 | 9.9000 | 9.6600 | 9.7700 | 9.7700 | 389,400 |
| Jan 21, 2020 | 9.3600 | 9.7000 | 9.3600 | 9.6200 | 9.6200 | 284,800 |
| Jan 17, 2020 | 9.7700 | 9.8400 | 9.3200 | 9.3900 | 9.3900 | 376,300 |
| Jan 16, 2020 | 9.7500 | 9.8700 | 9.6200 | 9.6900 | 9.6900 | 436,200 |
| Jan 15, 2020 | 9.3800 | 9.8000 | 9.3800 | 9.5900 | 9.5900 | 505,600 |
| Jan 14, 2020 | 9.4700 | 9.4700 | 9.2100 | 9.2800 | 9.2800 | 326,000 |





**Finance Home**    **Watchlists**    **My Portfolio**    **Screeners**    **Premium** 🔖    **Markets**    **News**    **Personal Finance**     ⋯     Premium -Try it free

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Jan 13, 2020 | 9.4100 | 9.6400 | 9.2600 | 9.4200 | 9.4200 | 455,500 |
| Jan 10, 2020 | 9.0700 | 9.5300 | 9.0200 | 9.3300 | 9.3300 | 1,023,000 |
| Jan 09, 2020 | 9.1000 | 9.1600 | 8.9300 | 9.0000 | 9.0000 | 806,000 |
| Jan 08, 2020 | 9.2000 | 9.3400 | 9.0500 | 9.1000 | 9.1000 | 549,300 |
| Jan 07, 2020 | 9.5200 | 9.5200 | 9.2000 | 9.2100 | 9.2100 | 315,800 |
| Jan 06, 2020 | 9.1600 | 9.5700 | 9.0000 | 9.5000 | 9.5000 | 496,100 |
| Jan 03, 2020 | 9.7500 | 9.8600 | 8.9900 | 9.3100 | 9.3100 | 1,078,100 |
| Jan 02, 2020 | 10.1900 | 10.2500 | 9.7500 | 9.8700 | 9.8700 | 542,600 |
| Dec 31, 2019 | 9.9200 | 10.2300 | 9.8100 | 10.1500 | 10.1500 | 501,600 |
| Dec 30, 2019 | 10.0000 | 10.0800 | 9.6300 | 9.9200 | 9.9200 | 475,300 |
| Dec 27, 2019 | 10.3000 | 10.3000 | 9.9400 | 9.9900 | 9.9900 | 301,600 |
| Dec 26, 2019 | 10.0300 | 10.3000 | 9.9200 | 10.2700 | 10.2700 | 300,500 |
| Dec 24, 2019 | 9.8800 | 10.2200 | 9.7500 | 10.0300 | 10.0300 | 295,300 |
| Dec 23, 2019 | 10.1000 | 10.1000 | 9.8100 | 9.8800 | 9.8800 | 649,200 |
| Dec 20, 2019 | 10.1800 | 10.2800 | 9.8900 | 10.0800 | 10.0800 | 745,900 |
| Dec 19, 2019 | 10.4600 | 10.6000 | 10.1200 | 10.1900 | 10.1900 | 404,600 |
| Dec 18, 2019 | 10.5200 | 10.6500 | 10.3200 | 10.5100 | 10.5100 | 269,200 |
| Dec 17, 2019 | 10.4400 | 10.6800 | 10.2800 | 10.5900 | 10.5900 | 423,500 |
| Dec 16, 2019 | 10.3200 | 10.7300 | 10.3200 | 10.3900 | 10.3900 | 453,600 |
| Dec 13, 2019 | 10.4100 | 10.5800 | 10.2700 | 10.3500 | 10.3500 | 249,300 |
| Dec 12, 2019 | 10.1800 | 10.5900 | 10.1200 | 10.4700 | 10.4700 | 379,500 |
| Dec 11, 2019 | 10.3200 | 10.3500 | 10.0500 | 10.2600 | 10.2600 | 344,000 |
| Dec 10, 2019 | 10.3800 | 10.4800 | 10.2300 | 10.3400 | 10.3400 | 308,400 |
| Dec 09, 2019 | 10.2900 | 10.5400 | 10.2200 | 10.4100 | 10.4100 | 385,200 |
| Dec 06, 2019 | 10.5600 | 10.8800 | 10.3000 | 10.3000 | 10.3000 | 611,800 |
| Dec 05, 2019 | 10.3800 | 10.6000 | 10.1500 | 10.4900 | 10.4900 | 529,900 |
| Dec 04, 2019 | 10.5000 | 10.5900 | 10.0800 | 10.3800 | 10.3800 | 578,100 |
| Dec 03, 2019 | 9.8700 | 10.5900 | 9.7500 | 10.5400 | 10.5400 | 641,700 |
| Dec 02, 2019 | 10.2800 | 10.3700 | 9.8200 | 10.1100 | 10.1100 | 891,600 |
| Nov 29, 2019 | 10.3500 | 10.5100 | 10.2100 | 10.2600 | 10.2600 | 389,000 |
| Nov 27, 2019 | 9.9900 | 10.4800 | 9.8800 | 10.3800 | 10.3800 | 1,018,200 |
| Nov 26, 2019 | 9.7300 | 10.0300 | 9.6100 | 9.8700 | 9.8700 | 1,323,900 |
| Nov 25, 2019 | 9.2700 | 10.0000 | 9.2600 | 9.7200 | 9.7200 | 1,169,800 |
| Nov 22, 2019 | 8.9500 | 9.4000 | 8.8600 | 9.1900 | 9.1900 | 1,259,600 |
| Nov 21, 2019 | 8.9000 | 9.2900 | 8.4100 | 8.8600 | 8.8600 | 2,833,700 |
| Nov 20, 2019 | 9.5000 | 9.6900 | 8.8000 | 8.9700 | 8.9700 | 2,213,100 |
| Nov 19, 2019 | 10.4700 | 10.4700 | 9.2200 | 9.2900 | 9.2900 | 2,738,400 |





PAYS 4.86 0.00 0.00% : PaySign Inc - Yahoo Finance

**Finance Home**    **Watchlists**    **My Portfolio**    **Screeners**    **Premium**    **Markets**    **News**    **Personal Finance**     ···    Premium - Try it free

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Nov 18, 2019 | 10.7500 | 10.7500 | 10.3000 | 10.5600 | 10.5600 | 1,089,600 |
| Nov 15, 2019 | 11.5500 | 11.5700 | 10.2700 | 10.7300 | 10.7300 | 2,243,800 |
| Nov 14, 2019 | 11.6800 | 12.0300 | 11.2500 | 11.2900 | 11.2900 | 808,600 |
| Nov 13, 2019 | 12.0400 | 12.1700 | 11.4200 | 11.8100 | 11.8100 | 970,200 |
| Nov 12, 2019 | 12.0000 | 12.1600 | 11.2500 | 12.0900 | 12.0900 | 955,300 |
| Nov 11, 2019 | 11.7000 | 11.9900 | 10.6000 | 11.6200 | 11.6200 | 988,500 |
| Nov 08, 2019 | 12.1700 | 12.3700 | 11.4800 | 11.8300 | 11.8300 | 955,600 |
| Nov 07, 2019 | 11.7000 | 12.4400 | 11.3700 | 12.1900 | 12.1900 | 1,552,400 |
| Nov 06, 2019 | 10.7700 | 11.9800 | 10.6100 | 11.4300 | 11.4300 | 3,014,500 |
| Nov 05, 2019 | 10.0500 | 10.4000 | 9.8100 | 9.9200 | 9.9200 | 979,800 |
| Nov 04, 2019 | 10.4500 | 10.6500 | 9.9900 | 10.1000 | 10.1000 | 842,200 |
| Nov 01, 2019 | 10.8400 | 10.9100 | 9.8200 | 10.4400 | 10.4400 | 1,568,700 |
| Oct 31, 2019 | 10.9100 | 11.1000 | 10.7300 | 10.7800 | 10.7800 | 265,300 |
| Oct 30, 2019 | 10.8100 | 11.1500 | 10.5500 | 10.9900 | 10.9900 | 449,800 |
| Oct 29, 2019 | 10.9800 | 11.0200 | 10.8100 | 10.8700 | 10.8700 | 209,000 |
| Oct 28, 2019 | 10.8000 | 11.1500 | 10.6200 | 10.9700 | 10.9700 | 465,600 |
| Oct 25, 2019 | 10.4500 | 10.9900 | 10.2500 | 10.8300 | 10.8300 | 402,200 |
| Oct 24, 2019 | 10.5200 | 10.6500 | 10.2000 | 10.4600 | 10.4600 | 523,200 |
| Oct 23, 2019 | 10.5600 | 10.8300 | 10.2000 | 10.3700 | 10.3700 | 669,300 |
| Oct 22, 2019 | 11.3500 | 11.5800 | 10.4700 | 10.5300 | 10.5300 | 894,500 |
| Oct 21, 2019 | 11.0900 | 11.5600 | 10.9000 | 11.3500 | 11.3500 | 535,000 |
| Oct 18, 2019 | 11.0700 | 11.2400 | 10.6600 | 11.0900 | 11.0900 | 472,300 |
| Oct 17, 2019 | 10.4500 | 11.2300 | 10.4500 | 11.1900 | 11.1900 | 686,000 |
| Oct 16, 2019 | 10.5000 | 10.5500 | 10.2800 | 10.4200 | 10.4200 | 354,500 |
| Oct 15, 2019 | 10.3800 | 10.8400 | 10.1300 | 10.6300 | 10.6300 | 535,400 |
| Oct 14, 2019 | 10.7700 | 10.8100 | 10.2100 | 10.3100 | 10.3100 | 607,300 |
| Oct 11, 2019 | 10.4700 | 11.1600 | 10.4500 | 10.7600 | 10.7600 | 929,200 |
| Oct 10, 2019 | 10.2000 | 10.4400 | 9.9700 | 10.2900 | 10.2900 | 752,200 |
| Oct 09, 2019 | 10.1100 | 10.4700 | 10.0300 | 10.1500 | 10.1500 | 539,000 |
| Oct 08, 2019 | 10.1900 | 10.2500 | 9.6500 | 10.0600 | 10.0600 | 812,800 |
| Oct 07, 2019 | 11.5000 | 11.6900 | 10.3100 | 10.3600 | 10.3600 | 1,535,300 |
| Oct 04, 2019 | 11.0700 | 11.7300 | 10.9800 | 11.5500 | 11.5500 | 1,316,300 |
| Oct 03, 2019 | 11.0400 | 11.1700 | 10.5100 | 11.0200 | 11.0200 | 660,900 |
| Oct 02, 2019 | 10.3400 | 11.0200 | 10.2000 | 10.9700 | 10.9700 | 1,091,700 |
| Oct 01, 2019 | 10.1100 | 10.4000 | 9.9500 | 10.3400 | 10.3400 | 582,800 |
| Sep 30, 2019 | 9.8600 | 10.2300 | 9.8100 | 10.1000 | 10.1000 | 1,516,400 |
| Sep 27, 2019 | 10.4500 | 10.6600 | 9.7500 | 9.8700 | 9.8700 | 592,900 |



**Finance Home**    **Watchlists**    **My Portfolio**    **Screeners**    **Premium**    **Markets**    **News**    **Personal Finance**     ⋯    Premium -Try it free

| Date | Open | High | Low | Close | Adj Close | Volume |
|------|------|------|------|-------|-----------|--------|
| Sep 26, 2019 | 10.4200 | 10.5000 | 10.0200 | 10.4500 | 10.4500 | 551,500 |
| Sep 25, 2019 | 9.9500 | 10.4500 | 9.6100 | 10.4200 | 10.4200 | 733,700 |
| Sep 24, 2019 | 10.9200 | 11.0500 | 9.9200 | 9.9400 | 9.9400 | 1,172,300 |
| Sep 23, 2019 | 10.6600 | 11.0400 | 10.4500 | 10.9200 | 10.9200 | 1,104,500 |
| Sep 20, 2019 | 10.2800 | 10.7800 | 10.1700 | 10.7200 | 10.7200 | 1,819,100 |
| Sep 19, 2019 | 10.5000 | 10.8800 | 10.1700 | 10.2100 | 10.2100 | 925,400 |
| Sep 18, 2019 | 11.2500 | 11.3400 | 10.2000 | 10.6400 | 10.6400 | 1,450,800 |
| Sep 17, 2019 | 11.0900 | 11.3000 | 11.0600 | 11.2300 | 11.2300 | 755,700 |
| Sep 16, 2019 | 11.5700 | 11.5900 | 10.6000 | 11.0800 | 11.0800 | 1,553,200 |
| Sep 13, 2019 | 10.3000 | 11.4700 | 10.2800 | 11.3200 | 11.3200 | 1,251,000 |
| Sep 12, 2019 | 10.4400 | 10.5900 | 10.0700 | 10.2700 | 10.2700 | 1,078,900 |
| Sep 11, 2019 | 10.0000 | 11.1100 | 10.0000 | 10.4400 | 10.4400 | 1,825,300 |
| Sep 10, 2019 | 9.4000 | 10.4800 | 8.5700 | 10.0000 | 10.0000 | 4,227,500 |
| Sep 09, 2019 | 10.1300 | 10.3400 | 9.4000 | 9.4700 | 9.4700 | 5,834,500 |
| Sep 06, 2019 | 12.8800 | 12.9800 | 12.0000 | 12.0400 | 12.0400 | 1,167,200 |
| Sep 05, 2019 | 12.3900 | 12.9700 | 12.0800 | 12.8000 | 12.8000 | 1,065,100 |
| Sep 04, 2019 | 13.1700 | 13.3000 | 12.1500 | 12.3300 | 12.3300 | 1,818,200 |
| Sep 03, 2019 | 13.3600 | 13.6900 | 12.7800 | 13.0500 | 13.0500 | 1,440,100 |
| Aug 30, 2019 | 13.5900 | 13.8400 | 12.6400 | 13.2900 | 13.2900 | 2,975,300 |
| Aug 29, 2019 | 14.3500 | 14.5500 | 13.4000 | 13.5800 | 13.5800 | 1,588,000 |
| Aug 28, 2019 | 13.0300 | 14.4800 | 13.0200 | 14.1200 | 14.1200 | 1,373,100 |
| Aug 27, 2019 | 14.6600 | 14.7700 | 13.0000 | 13.3400 | 13.3400 | 2,029,200 |
| Aug 26, 2019 | 15.0600 | 15.1200 | 14.2000 | 14.6600 | 14.6600 | 1,117,100 |
| Aug 23, 2019 | 14.6700 | 15.4800 | 14.4500 | 14.7600 | 14.7600 | 2,032,500 |
| Aug 22, 2019 | 16.1500 | 16.4400 | 14.5400 | 14.7900 | 14.7900 | 2,322,500 |
| Aug 21, 2019 | 17.3600 | 17.4600 | 15.3600 | 15.7800 | 15.7800 | 2,333,600 |
| Aug 20, 2019 | 15.2000 | 17.0000 | 15.1800 | 16.7700 | 16.7700 | 3,594,600 |
| Aug 19, 2019 | 14.3000 | 15.9500 | 14.2700 | 15.1300 | 15.1300 | 2,462,900 |
| Aug 16, 2019 | 13.7800 | 14.2700 | 13.7800 | 13.9600 | 13.9600 | 1,390,100 |
| Aug 15, 2019 | 13.8400 | 14.2000 | 13.3600 | 13.8600 | 13.8600 | 816,600 |
| Aug 14, 2019 | 13.8600 | 14.4400 | 13.2000 | 13.8300 | 13.8300 | 1,124,500 |
| Aug 13, 2019 | 13.0400 | 14.5900 | 13.0000 | 14.2100 | 14.2100 | 1,720,200 |
| Aug 12, 2019 | 13.1900 | 13.7000 | 12.7500 | 13.1800 | 13.1800 | 1,068,800 |
| Aug 09, 2019 | 13.6000 | 14.2000 | 13.0200 | 13.2500 | 13.2500 | 1,173,500 |
| Aug 08, 2019 | 12.9800 | 14.0400 | 12.4200 | 13.6000 | 13.6000 | 1,587,600 |
| Aug 07, 2019 | 10.6600 | 12.9400 | 10.6100 | 12.7700 | 12.7700 | 1,599,400 |
| Aug 06, 2019 | 13.5100 | 13.7600 | 10.5300 | 11.5800 | 11.5800 | 3,865,600 |



| Date | Open | High | Low | Close | Adj Close | Volume |
|------|------|------|-----|-------|-----------|--------|
| Aug 05, 2019 | 12.8400 | 13.0700 | 12.1000 | 12.4600 | 12.4600 | 1,778,400 |
| Aug 02, 2019 | 13.6900 | 13.6900 | 12.6200 | 13.3800 | 13.3800 | 1,566,300 |
| Aug 01, 2019 | 14.1100 | 14.6300 | 13.7500 | 13.8200 | 13.8200 | 1,387,300 |
| Jul 31, 2019 | 14.3900 | 14.5500 | 12.8000 | 14.1100 | 14.1100 | 2,511,600 |
| Jul 30, 2019 | 14.1800 | 14.6000 | 13.6800 | 14.3400 | 14.3400 | 1,176,800 |
| Jul 29, 2019 | 14.4200 | 15.3100 | 13.9000 | 14.2500 | 14.2500 | 2,621,400 |
| Jul 26, 2019 | 13.0600 | 14.5200 | 13.0600 | 14.0300 | 14.0300 | 2,888,500 |
| Jul 25, 2019 | 13.7200 | 13.7600 | 12.9000 | 13.0600 | 13.0600 | 1,350,900 |
| Jul 24, 2019 | 13.1700 | 13.9000 | 12.6300 | 13.7800 | 13.7800 | 2,142,000 |
| Jul 23, 2019 | 13.5800 | 13.8500 | 12.3200 | 12.9300 | 12.9300 | 4,248,400 |
| Jul 22, 2019 | 16.4000 | 16.4500 | 13.1300 | 13.6900 | 13.6900 | 5,924,300 |
| Jul 19, 2019 | 18.0800 | 18.6700 | 17.0200 | 17.5000 | 17.5000 | 3,164,700 |
| Jul 18, 2019 | 16.6100 | 18.0300 | 16.5000 | 17.9500 | 17.9500 | 1,828,600 |
| Jul 17, 2019 | 17.1800 | 17.6900 | 16.4100 | 16.7700 | 16.7700 | 2,025,800 |
| Jul 16, 2019 | 16.0200 | 17.7000 | 16.0100 | 17.0100 | 17.0100 | 2,455,600 |
| Jul 15, 2019 | 16.0900 | 16.5300 | 15.6200 | 16.0000 | 16.0000 | 1,344,200 |
| Jul 12, 2019 | 16.3200 | 16.6100 | 15.5500 | 16.0900 | 16.0900 | 3,630,900 |
| Jul 11, 2019 | 15.4700 | 16.2900 | 14.9000 | 16.1400 | 16.1400 | 2,407,500 |
| Jul 10, 2019 | 15.9000 | 16.3000 | 15.2100 | 15.2500 | 15.2500 | 1,803,300 |
| Jul 09, 2019 | 14.4600 | 15.6500 | 14.3800 | 15.5600 | 15.5600 | 1,676,000 |
| Jul 08, 2019 | 14.5800 | 14.7300 | 13.7400 | 14.5200 | 14.5200 | 802,800 |
| Jul 05, 2019 | 13.9000 | 14.7200 | 13.5200 | 14.4500 | 14.4500 | 1,011,300 |
| Jul 03, 2019 | 13.7500 | 13.9300 | 13.4000 | 13.8900 | 13.8900 | 555,600 |
| Jul 02, 2019 | 14.4400 | 14.5500 | 12.5500 | 13.6900 | 13.6900 | 1,606,600 |
| Jul 01, 2019 | 13.5500 | 14.6300 | 13.3100 | 13.9100 | 13.9100 | 2,069,200 |
| Jun 28, 2019 | 12.3200 | 13.4000 | 12.3200 | 13.3700 | 13.3700 | 5,718,600 |
| Jun 27, 2019 | 12.0700 | 12.4500 | 11.9500 | 12.3500 | 12.3500 | 525,500 |
| Jun 26, 2019 | 12.2900 | 12.5700 | 11.9000 | 12.0500 | 12.0500 | 432,000 |
| Jun 25, 2019 | 12.1000 | 12.5900 | 12.0300 | 12.2200 | 12.2200 | 854,200 |
| Jun 24, 2019 | 12.7400 | 12.9100 | 11.8000 | 12.0600 | 12.0600 | 974,400 |
| Jun 21, 2019 | 12.4100 | 12.7400 | 11.9500 | 12.7300 | 12.7300 | 906,900 |
| Jun 20, 2019 | 11.8000 | 12.4300 | 11.8000 | 12.4200 | 12.4200 | 808,600 |
| Jun 19, 2019 | 11.4500 | 11.9800 | 11.2500 | 11.7900 | 11.7900 | 1,089,800 |
| Jun 18, 2019 | 11.2300 | 11.6400 | 10.1200 | 11.5000 | 11.5000 | 1,866,100 |
| Jun 17, 2019 | 12.1100 | 12.7600 | 11.0600 | 11.3200 | 11.3200 | 1,784,900 |
| Jun 14, 2019 | 12.8200 | 13.3200 | 12.4100 | 12.7000 | 12.7000 | 944,800 |
| Jun 13, 2019 | 11.9500 | 13.6300 | 11.9500 | 12.5500 | 12.5500 | 2,295,800 |







| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Jun 12, 2019 | 11.3900 | 12.0500 | 11.3700 | 11.9000 | 11.9000 | 610,000 |
| Jun 11, 2019 | 12.0500 | 12.1000 | 11.2300 | 11.4400 | 11.4400 | 842,700 |
| Jun 10, 2019 | 11.7500 | 12.0500 | 11.3000 | 11.8500 | 11.8500 | 1,445,600 |
| Jun 07, 2019 | 10.0200 | 11.2200 | 9.9000 | 11.0200 | 11.0200 | 2,001,500 |
| Jun 06, 2019 | 10.2100 | 10.3500 | 9.9000 | 10.0100 | 10.0100 | 352,700 |
| Jun 05, 2019 | 10.5600 | 10.5800 | 9.8500 | 10.1800 | 10.1800 | 408,200 |
| Jun 04, 2019 | 10.3900 | 10.6500 | 10.2000 | 10.5200 | 10.5200 | 849,000 |
| Jun 03, 2019 | 9.8000 | 10.3100 | 9.7400 | 10.2200 | 10.2200 | 474,200 |
| May 31, 2019 | 10.1600 | 10.1600 | 9.7000 | 9.7600 | 9.7600 | 399,600 |
| May 30, 2019 | 10.0700 | 10.3000 | 9.9500 | 10.1900 | 10.1900 | 298,100 |
| May 29, 2019 | 10.5800 | 10.6600 | 9.9600 | 10.1000 | 10.1000 | 435,900 |
| May 28, 2019 | 9.8400 | 10.8100 | 9.8400 | 10.5700 | 10.5700 | 758,900 |
| May 24, 2019 | 10.7200 | 10.7200 | 9.6200 | 9.8400 | 9.8400 | 634,200 |
| May 23, 2019 | 10.1000 | 10.8600 | 10.0500 | 10.7100 | 10.7100 | 984,100 |
| May 22, 2019 | 9.9600 | 10.2500 | 9.9000 | 10.0800 | 10.0800 | 726,900 |
| May 21, 2019 | 9.4000 | 10.0000 | 9.3900 | 9.9500 | 9.9500 | 1,267,300 |
| May 20, 2019 | 8.7800 | 9.4000 | 8.7400 | 9.3600 | 9.3600 | 737,600 |
| May 17, 2019 | 8.3100 | 9.0000 | 8.2000 | 8.6800 | 8.6800 | 316,600 |
| May 16, 2019 | 7.8000 | 8.3800 | 7.7000 | 8.3100 | 8.3100 | 246,800 |
| May 15, 2019 | 7.9100 | 8.2400 | 7.7900 | 7.8400 | 7.8400 | 99,300 |
| May 14, 2019 | 7.8500 | 8.0000 | 7.5200 | 7.8900 | 7.8900 | 179,200 |
| May 13, 2019 | 7.8400 | 7.8800 | 7.5700 | 7.8600 | 7.8600 | 126,600 |
| May 10, 2019 | 7.4000 | 7.9400 | 7.4000 | 7.9000 | 7.9000 | 172,500 |
| May 09, 2019 | 7.4800 | 7.5400 | 7.1100 | 7.3600 | 7.3600 | 362,800 |
| May 08, 2019 | 8.6200 | 8.6200 | 7.3700 | 7.4800 | 7.4800 | 597,300 |
| May 07, 2019 | 8.4600 | 8.6200 | 8.3800 | 8.4700 | 8.4700 | 190,200 |
| May 06, 2019 | 8.0800 | 8.5200 | 8.0200 | 8.4700 | 8.4700 | 114,100 |
| May 03, 2019 | 8.1600 | 8.3900 | 7.9500 | 8.1200 | 8.1200 | 175,000 |
| May 02, 2019 | 7.9700 | 8.2500 | 7.8100 | 8.1900 | 8.1900 | 216,100 |
| May 01, 2019 | 8.1200 | 8.2200 | 7.4100 | 8.0100 | 8.0100 | 370,200 |
| Apr 30, 2019 | 9.2000 | 9.2200 | 7.5300 | 8.1300 | 8.1300 | 740,100 |
| Apr 29, 2019 | 9.5500 | 9.5500 | 6.8500 | 9.1500 | 9.1500 | 201,900 |
| Apr 26, 2019 | 9.1500 | 9.2900 | 9.0700 | 9.2900 | 9.2900 | 380,500 |
| Apr 25, 2019 | 9.0800 | 9.1500 | 8.7000 | 9.0400 | 9.0400 | 344,300 |
| Apr 24, 2019 | 8.6900 | 9.0900 | 8.6500 | 8.9900 | 8.9900 | 340,100 |
| Apr 23, 2019 | 8.3400 | 8.8900 | 8.3000 | 8.6800 | 8.6800 | 319,200 |
| Apr 22, 2019 | 8.2600 | 8.5700 | 7.9600 | 8.3400 | 8.3400 | 323,000 |

Its principal target comprise prepaid card issuers, retail and private-label issuers, small third-party processors, and small and mid-size financial institutions in the United States and internationally. The company was formerly known as 3PEA International, Inc. and changed its name to PaySign, Inc. in April 2019. PaySign, Inc. is based in Henderson, Nevada.

## Recommendation Rating ›

3.2

| Strong Buy | Buy | Hold | Under-perform | Sell |

## Analyst Price Targets (4) ›

**Average 5.33**

Low 3.30　　　High 7.00

Current 4.86

## Upgrades & Downgrades ›

| Downgrade | Canaccord Genuity: Buy to Hold | 12/23/2020 |
| Downgrade | Ladenburg Thalmann: Neutral to Sell | 11/18/2020 |
| Maintains | Canaccord Genuity: to Buy | 11/18/2020 |
| Downgrade | DA Davidson: Buy to Neutral | 11/18/2020 |
| Maintains | Canaccord Genuity: to Buy | 11/17/2020 |
| Initiated | DA Davidson: to Buy | 11/15/2019 |

## Company Profile

1700 West Horizon
Ridge Parkway
Suite 200
Henderson, NV 89012
United States
702 453 2221
http://www.paysign.com
Sector(s): **Industrials**
Industry: **Specialty Business Services**
Full Time Employees: **70**

PaySign, Inc. provides prepaid card products and processing services under the PaySign brand for corporate, consumer, and government applications. The company offers various services, including transaction processing, cardholder enrollment, value loading, cardholder account management, reporting, and customer service through PaySign, a proprietary platform. It also develops prepaid card solutions for corporate incentive rewards and corporate expense, per diem and travel payments, healthcare reimbursement payments, pharmaceutical co-pay assistance, donor compensation, and clinical trials; and payroll or general purpose reloadable cards, as well as gift or incentive cards. In addition, the company offers Buy and Bill programs for patients to purchase directly from physician's office or through an infusion center for physician administered therapies; payment solution for source plasma collection centers; and PaySign

Advertise with us

Data Disclaimer　Help　Suggestions
Do Not Sell My Personal Information
Privacy (Updated)　About Our Ads　Terms (Updated)　Sitemap

© 2021 Verizon Media. All rights reserved.

| | | | | | | |
|---|---|---|---|---|---|---|
| Apr 18, 2019 | 8.8000 | 8.9500 | 8.0400 | 8.2400 | 8.2400 | 805,300 |
| Apr 17, 2019 | 7.6200 | 8.9000 | 7.6000 | 8.8300 | 8.8300 | 1,542,700 |
| Apr 16, 2019 | 7.5200 | 7.7400 | 7.5200 | 7.6500 | 7.6500 | 144,300 |
| Apr 15, 2019 | 7.7500 | 7.8900 | 7.3500 | 7.5400 | 7.5400 | 123,800 |
| Apr 12, 2019 | 7.7700 | 7.9100 | 7.5800 | 7.7300 | 7.7300 | 125,400 |
| Apr 11, 2019 | 7.7400 | 7.8300 | 7.6100 | 7.7500 | 7.7500 | 102,000 |
| Apr 10, 2019 | 7.3700 | 7.8500 | 7.2900 | 7.7500 | 7.7500 | 266,200 |
| Apr 09, 2019 | 7.1400 | 7.4100 | 7.0500 | 7.3700 | 7.3700 | 149,200 |
| Apr 08, 2019 | 7.3500 | 7.4100 | 7.1500 | 7.1600 | 7.1600 | 326,700 |
| Apr 05, 2019 | 7.8500 | 7.8900 | 7.3400 | 7.5000 | 7.5000 | 176,100 |
| Apr 04, 2019 | 7.7100 | 7.8800 | 7.6800 | 7.8300 | 7.8300 | 150,800 |
| Apr 03, 2019 | 7.7100 | 7.8000 | 7.6800 | 7.7300 | 7.7300 | 107,200 |
| Apr 02, 2019 | 7.9600 | 7.9600 | 7.6300 | 7.7000 | 7.7000 | 349,400 |
| Apr 01, 2019 | 8.0100 | 8.0900 | 7.5400 | 7.9600 | 7.9600 | 427,000 |
| Mar 29, 2019 | 7.7600 | 8.2500 | 7.7600 | 7.9500 | 7.9500 | 1,162,300 |
| Mar 28, 2019 | 7.9400 | 7.9700 | 7.6300 | 7.7600 | 7.7600 | 249,900 |
| Mar 27, 2019 | 7.8300 | 8.0900 | 7.7500 | 7.9300 | 7.9300 | 408,900 |
| Mar 26, 2019 | 7.8300 | 8.0000 | 7.6100 | 7.8300 | 7.8300 | 381,200 |
| Mar 25, 2019 | 6.9800 | 7.7100 | 6.9100 | 7.6700 | 7.6700 | 575,500 |
| Mar 22, 2019 | 6.8900 | 7.0600 | 6.8500 | 6.9800 | 6.9800 | 182,900 |
| Mar 21, 2019 | 7.0600 | 7.3800 | 6.8000 | 6.9100 | 6.9100 | 330,000 |
| Mar 20, 2019 | 7.4500 | 7.5000 | 7.0300 | 7.0900 | 7.0900 | 154,600 |
| Mar 19, 2019 | 7.1400 | 7.5500 | 7.1200 | 7.4400 | 7.4400 | 150,900 |
| Mar 18, 2019 | 7.2300 | 7.2500 | 7.0700 | 7.1600 | 7.1600 | 212,900 |
| Mar 15, 2019 | 7.7100 | 7.7100 | 7.0800 | 7.2400 | 7.2400 | 429,500 |
| Mar 14, 2019 | 7.7000 | 7.7500 | 7.4600 | 7.7100 | 7.7100 | 99,500 |
| Mar 13, 2019 | 7.6500 | 7.8500 | 7.5200 | 7.7000 | 7.7000 | 210,100 |
| Mar 12, 2019 | 7.9400 | 8.0100 | 6.7600 | 7.5000 | 7.5000 | 587,800 |

*Close price adjusted for splits.　　　**Adjusted close price adjusted for both dividends and splits.

Communications Suite services. Its principal target markets for processing services comprise prepaid card issuers, retail and private-label issuers, small third-party processors, and small and mid-size financial institutions in the United States and internationally. The company was formerly known as 3PEA International, Inc. and changed its name to PaySign, Inc. in April 2019. PaySign, Inc. is based in Henderson, Nevada.

Advertise with us

Data Disclaimer　Help　Suggestions
Do Not Sell My Personal Information ▷
Privacy (Updated)　About Our Ads　Terms (Updated)　Sitemap

🐦　f　in
© 2021 Verizon Media. All rights reserved.