**GREENBERG TRAURIG, LLP**
Christopher R. Miltenberger, Esq. (Nevada Bar No. 10153)
miltenbergerc@gtlaw.com
10845 Griffith Peak Drive
Las Vegas, NV 89135
Telephone:   (702) 792-3773
Facsimile:    (702) 792-9002

**GREENBERG TRAURIG, LLP**
Daniel J. Tyukody, Esq. (California Bar No. 123323)
(*Pro Hac Vice Forthcoming*)
tyukodyd@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, CA 90067

*Attorneys for Defendants Paysign, Inc.,*
*Mark R. Newcomer, Mark Attinger and Daniel Spence*

**UNITED STATES DISTRICT COURT**

**DISTRICT COURT OF NEVADA**

| IN RE PAYSIGN, INC. SECURITIES LITIGATION | Case No.:  2:20-cv-00553-GMN-DJA |
|---|---|
| | Hon. Gloria M. Navarro |
| | <u>CLASS ACTION</u> |
| | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE SECURITIES LAWS** |

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS
CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

Defendants Paysign, Inc. ("Paysign") and Individual Defendants—Mark R. Newcomer, Mark Attinger, and Daniel Spence (collectively with Paysign, "Defendants")—respectfully submit that the Court take judicial notice, pursuant to Federal Rule of Evidence 201, of the documents referenced below in connection with Defendants' Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint (the "CAC").

On a motion to dismiss a securities class action complaint, "courts must consider . . . documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007). Judicial notice of a fact is proper where the fact is "not subject to reasonable dispute because it is (1) generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

**A.     Documents Filed With Or Issued By The U.S. Securities and Exchange Commission Are Properly Subject To Judicial Notice.**

It is well-established that a district court may take judicial notice of the contents of public disclosure documents required to be filed with the United States' Securities and Exchange Commission ("SEC") in connection with a motion to dismiss. *See, e.g.*, *Dreiling v. Am. Exp. Co.*, 458 F.3d 942, 946 n.2 (9th Cir. 2006) (SEC filings are subject to judicial notice); *Ferris v. Wynn Resorts*, 462 F. Supp. 3d 1101, 1117 (D. Nev. 2020) (taking judicial notice of SEC filings and matters of public record in securities fraud class action); *Plevy v. Haggerty*, 38 F. Supp. 2d 816, 821-22 (C.D. Cal. 1998) (taking judicial notice of various SEC filings on a motion to dismiss). Courts may also take judicial notice of orders issued by the SEC. *See ScripsAmerica, Inc. v. Ironridge Global LLC*, 119 F. Supp. 3d 1213, 1232 (C.D. Cal. 2015) ("Courts can take judicial notice of SEC orders."); *Anschutz Corp. v. Merrill Lynch & Co.*, 785 F. Supp. 2d 799, 833-34 &

**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002

1

**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

n.33 (N.D. Cal. 2011) (taking judicial notice of SEC cease and desist order).

In this case, Plaintiffs expressly rely on allegations regarding Paysign's SEC filings as the basis for their claims (¶¶ 55-72),[1] as well as an SEC Cease and Desist Order (¶¶ 5, 7, 41-44), and thus these documents may also be considered by the Court under the incorporation by reference doctrine. *See, e.g., Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 1002-08 (2018) (incorporating by reference market reports that formed the basis of plaintiff's claims and were cited in the complaint); *In re Silicon Graphics Sec. Litig.*, 183 F.3d 970, 986 (9th Cir. 1999) ("[D]ocuments whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the pleading, may be considered in ruling on a Rule 12(b)(6) motion to dismiss."); *Ferris*, 462 F. Supp. 3d at 1118 (taking judicial notice of documents excerpted or referenced in securities class action complaint); *Plevy*, 38 F. Supp. 2d at 821 (taking judicial notice of documents "cited, quoted from, and/or referenced in the [complaint]").

Pursuant to this authority, Defendants hereby request that the Court judicially notice the following documents which were publicly filed with or issued by the SEC:

1.    A Paysign Form 10-K, which was filed with the SEC on April 3, 2020 and is attached to the Declaration of Christopher R. Miltenberger (the "Miltenberger Declaration") as **Exhibit A**.

2.    An Order Making Findings and Imposing Remedial Sanctions and a Cease-and-Desist Order Pursuant to Section 8A of the Securities Act of 1933 and Sections 4C and 21C of the Securities Exchange Act of 1934, and Rule 102(e) of the Commission's Rules of Practice as to De Joya Griffith, LLC, Arthur De Joya, CPA, Jason Griffith, CPA,

---

[1] All "¶" references are to the corresponding paragraph in the CAC.

2

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS
CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002

and Philip Zhang, CPA, which was issued by the SEC on September 18, 2015 as part of SEC Administrative Proceeding File No. 3-16339 and is attached to the Miltenberger Declaration as **Exhibit B**.

3.  Excerpts of a Paysign Schedule 14A proxy statement, which was filed with the SEC on April 17, 2019 and is attached to the Miltenberger Declaration as **Exhibit C**.

4.  Defendant Mark R. Newcomer's Form 4s, filed with the SEC on April 18, 2019; July 3, 2019; and September 18, 2019 and attached to the Miltenberger Declaration as **Exhibit D**.

5.  Defendant Daniel Spence's Form 4s, filed with the SEC on September 25, 2019 and October 4, 2019, and attached to the Miltenberger Declaration as **Exhibit E**.

**B.     Historical Stock Prices are Properly Subject to Judicial Notice.**

A company's stock price is a judicially noticeable fact that is "not subject to reasonable dispute" and that is "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201; *see In re Verifone Sec. Litig.*, 784 F. Supp. 1471, 1475 n.2 (N.D. Cal. 1992) ("The court takes judicial notice of the daily closing prices of Verifone common stock, as reported by Dow Jones News and provided by defendants to the court."), *aff'd*, 11 F.3d 865 (9th Cir. 1993); *Plevy*, 38 F. Supp. 2d at 821 (taking judicial notice of "tabular representation of [Company's] stock price").  Paysign is a publicly traded company and its historical stock prices may thus be judicially noticed.  *See In re Finisar Corp. Deriv. Litig.*, 542 F. Supp. 2d 980, 990 (N.D. Cal. 2008) (taking judicial notice of company's historical stock price); *Ravens v. Iftikar*, 174 F.R.D. 651, 661 (N.D. Cal. 1997) (same).

Pursuant to this authority, Defendants hereby request that the Court judicially notice the following documents:

6.  The historical prices of Paysign stock for the period from March 12,

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS
CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

2019 through June 1, 2020, which is attached to the Miltenberger Declaration as **Exhibit F**.

For the above reasons, the Defendants respectfully request that the Court take judicial notice of Exhibits A-F of the Miltenberger Declaration.

Respectfully submitted this 15th of March, 2021.


**GREENBERG TRAURIG, LLP**


By:    */s/ Christopher R. Miltenberger*
CHRISTOPHER R. MILTENBERGER
Nevada Bar No. 10153
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

DANIEL J. TYUKODY
California Bar No. 123323
(*Pro Hac Vice Forthcoming*)
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121

*Attorneys for Defendants Paysign, Inc.,*
*Mark R. Newcomer, Mark Attinger and Daniel*
*Spence*

4

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS
CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the 15th day of March 2021, a true and correct copy of the foregoing ***Request for Judicial Notice in Support of Motion to Dismiss Consolidated Amended Class Action Complaint for Violations of the Securities Laws*** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties registered to this case by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

*/s/ Andrea Lee Rosehill*
An employee of Greenberg Traurig, LLP

**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002

5

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS
CONSOLIDATED AMENDED CLASS ACTION COMPLAINT