**GREENBERG TRAURIG, LLP**
Christopher R. Miltenberger, Esq. (Nevada Bar No. 10153)
miltenbergerc@gtlaw.com
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone:    (702) 792-3773
Facsimile:    (702) 792-9002

**GREENBERG TRAURIG, LLP**
Daniel J. Tyukody, Esq. (California Bar No. 123323)
(Admitted *Pro Hac Vice*)
tyukodyd@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
*Attorneys for Defendants Paysign, Inc.,
Mark R. Newcomer, Mark Attinger and Daniel Spence*

# UNITED STATES DISTRICT COURT

# DISTRICT COURT OF NEVADA

| | |
|---|---|
| IN RE PAYSIGN, INC. SECURITIES LITIGATION | Case No.: 2:20-cv-00553-GMN-DJA <br><br> Hon. Gloria M. Navarro <br><br> <u>CLASS ACTION</u> <br><br> **STIPULATION AND [~~Proposed~~] ORDER TO EXTEND DEADLINE TO ANSWER FIRST AMENDED COMPLAINT** <br> **(First Request)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, IT IS HEREBY STIPULATED between Plaintiffs and Defendants Paysign, Inc., Mark R. Newcomer, Mark Attinger, and Daniel Spence (collectively, "Defendants"), by and through their undersigned counsel, that Defendants shall have a 60-day extension of time in which to file and serve their Answer to Plaintiffs' Consolidated Amended Class Action Complaint (the "Amended Complaint"), through and until May 15, 2023, and request that the Court enter an order approving the same. This is the parties' first request for an extension of time for Defendants to file an Answer to the Amended Complaint (ECF No. 22).

On February 9, 2023, the Court entered an Order granting in part and denying in part Defendants' Motion to Dismiss the Amended Complaint. ECF No. 42. On March 1, 2023,

1  Plaintiffs filed a Notice of Intent Not to File a Second Consolidated Amended Class Action
2  Complaint. ECF No. 43. Since that time, the parties have met and conferred and agreed to pursue
3  a mediation. The parties are cooperating in coordinating a mediation relating to the above-
4  referenced matter. The parties believe in good faith that the preservation of resources in advance
5  of such a mediation will assist the parties in efficiently exploring a potential resolution of this
6  matter. Therefore, the parties agree and contend that good cause exists to extend the deadline for
7  Defendants to file and serve their Answer to the Amended Complaint.

   Based on the foregoing, the parties respectfully request that the Court enter an order
   extending the deadline for Defendants to file and serve their Answer to the Amended Complaint
   to May 15, 2023.

DATED this 15th day of March, 2023.

**GREENBERG TAURIG, LLP**

/s/ Christopher R. Miltenberger
CHRISTOPHER R. MILTENBERGER
Nevada Bar No. 10153
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

DANIEL J. TYUKODY
California Bar No. 123323
Admitted *Pro Hac Vice*
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121

*Attorneys for Defendants Paysign, Inc., Mark R. Newcomer, Mark Attinger and Daniel Spence*

DATED this 15th day of March, 2023.

**POMERANTZ LLP**

/s/ Omar Jafri
PATRICK V. DAHLSTROM
OMAR JAFRI
*Pro Hac Vice Application Forthcoming*
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603

JEREMY A. LIEBERMAN
J. ALEXANDER HOOD II
Admitted *Pro Hac Vice*
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, New York 10016

JACOB GOLDBERG
LEAH HEIFETZ-LI
Admitted *Pro Hac Vice*
**THE ROSEN LAW FIRM**
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046

ANDREW MUEHLBAUER
Nevada Bar No. 10161
SEAN P. CONNELL
Nevada Bar No. 7311
**MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117

*Attorneys for Lead Plaintiffs*

**ORDER**

Based on the foregoing stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the deadline for Defendants to file and serve their Answer to Plaintiffs' Consolidated Amended Class Action Complaint shall be extended until May 15, 2023.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 16, 2023

3