Andrew R. Muehlbauer
Nevada Bar No. 10161
Sean P. Connell
Nevada Bar No. 7311
**MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117
Telephone: (702) 330-4505
Facsimile: (702) 825-0141
andrew@mlolegal.com
sean@mlolegal.com

*Liaison Counsel for Lead Plaintiffs and the*
*Proposed Class*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| IN RE PAYSIGN, INC. SECURITIES LITIGATION | Case No: 2:20-CV-00553-GMN-DJ<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING ALL LITIGATION DEADLINES**<br><br>HON. GLORIA M. NAVARRO |

Lead Plaintiffs Johann Francisconi and Raheel Shahzad ("Plaintiffs") and Defendants Paysign, Inc. ("Paysign"), Mark Newcomer, Mark Attinger, and Daniel Spence (together, with Paysign and Plaintiffs, the "Parties") by and through their respective undersigned counsel, hereby jointly submit the following:

WHEREAS, on November 1, 2023, the Parties reached an agreement in principle to settle this action in its entirety, and signed a term sheet reflecting the substance of that agreement in principle;

WHEREAS, Fed. R. Civ. P. 23(e) requires Court approval of this class action settlement after reasonable notice to the Settlement Class;

WHEREAS, Plaintiffs are preparing the documents required for preliminary approval of the settlement and expect to file their motion for preliminary approval of the settlement on or before December 15, 2023;

WHEREAS, the motion for preliminary approval will seek Court approval of a class notice program and a proposed schedule for a final approval hearing; and

WHEREAS, to avoid unnecessary expenditure of Court and litigation resources while the Parties finalize this class action settlement, a stay of this action is warranted.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by the Parties through their undersigned counsel of record and subject to the approval of the Court, as follows:

1.  All litigation deadlines are stayed, without prejudice, during the pendency of the documentation, preliminary approval, and final approval process for this class action settlement.

Dated: November 15, 2023

| | |
|---|---|
| */s/ Omar Jafri* | */s/ Andrew R. Muehlbauer* |
| **POMERANTZ LLP** | **MUEHLBAUER LAW OFFICE, LTD.** |
| Omar Jafri | Andrew R. Muehlbauer |
| (*pro hac vice*) | Nevada Bar No. 10161 |
| Genc Arifi | Sean P. Connell |
| (*pro hac vice*) | Nevada Bar No. 7311 |
| 10 South La Salle Street, Suite 3505 | 7915 West Sahara Avenue, Suite 104 |
| Chicago, Illinois 60603 | Las Vegas, Nevada 89117 |
| Telephone: (312) 377-1181 | Telephone: (702) 330-4505 |
| | Facsimile: (702) 825-0141 |

1

Facsimile: (312) 377-1184
Email:  ojafri@pomlaw.com
        garifi@pomlaw.com

*Co-Lead Counsel for Lead Plaintiffs and the
Proposed Class*

andrew@mlolegal.com
sean@mlolegal.com

*Liaison Counsel for Lead Plaintiffs and the
Proposed Class*

*/s/ Christopher R. Miltenberger*
**GREENBERG TRAURIG, LLP**
Christopher R. Miltenberger
Nevada Bar No. 10153
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
miltenbergerc@gtlaw.com

*/s/ Daniel J. Tyukody*
**GREENBERG TRAURIG, LLP**
Daniel J. Tyukody
(*pro hac vice*)
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
tyukodyd@gtlaw.com

*Attorneys for Defendants Paysign, Inc.,
Mark R. Newcomer, Mark Attinger, and Daniel
Spence*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
DISTRICT OF NEVADA
HON. GLORIA M. NAVARRO

DATED:_____

2