# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| In re Paysign, Inc. Securities Litigation, | Case No. 2:20-cv-00553-GMN-DJA |
| | **Order** |

Before the Court is the parties' stipulation to stay "all litigation deadlines." (ECF No. 61). The parties explain that they have reached an agreement to settle and wish to stay the deadlines in the case while they prepare their settlement documents. The only deadlines currently active in the case are discovery deadlines set in the parties' scheduling order. (ECF No. 50). The Court thus construes the parties' stipulation as one to stay discovery—not to stay the entire case—and grants the parties' stipulation. The Court finds a stay of discovery appropriate under the good cause analysis in *Schrader v. Wynn*, No. 2:19-cv-02159-JCM-BNW, 2021 WL 4810324, at \*4 (D. Nev. Oct. 14, 2021) and Federal Rule of Civil Procedure 1.

**IT IS THEREFORE ORDERED** that the parties' stipulation to stay discovery (ECF No. 61) is **granted.** This order does not stay the case. It only stays the deadlines in the parties' scheduling order.

**IT IS FURTHER ORDERED** that the parties must file their motion for preliminary approval of the settlement or a joint status report explaining what is impeding settlement and how or if the Court can assist on or before **December 15, 2023.**

DATED: November 16, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE