# Exhibit 4

ANDREW R. MUEHLBAUER, ESQ.
Nevada Bar No. 10161
**MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117
Telephone: (702) 330.4505
Facsimile: (702) 825.0141
Email: andrew@mlolegal.com

*Liaison Counsel for Lead Plaintiffs*

**POMERANTZ LLP**
Omar Jafri
(admitted *pro hac vice*)
Genc Arifi
(admitted *pro hac vice*)
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email:   ojafri@pomlaw.com
         garifi@pomlaw.com

*Lead Counsel for Lead Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE PAYSIGN, INC. SECURITIES LITIGATION | Case No: 2:20-CV-00553-GMN-DJ |
| | HON. GLORIA M. NAVARRO |
| | <u>CLASS ACTION</u> |
| | **DECLARATION OF ANDREW R. MUEHLBAUER IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES** |

- 1 -

I, ANDREW R. MUEHLBAUER, declare as follows pursuant to 28 U.S.C. §1746:

1.       I am a partner at the firm of Muehlbauer Law Office, Ltd. ("MLO"), Liaison Counsel for Lead Plaintiffs in the above-captioned litigation.  I have overseen MLO's prosecution of this Action, and have personal knowledge of the facts asserted herein.

2.       A copy of MLO's firm resume was previously filed with the Court and is available at ECF. No. 8-8.

3.       MLO has actively engaged in the prosecution of the Action as Resident Nevada Local Counsel for Lead Plaintiffs. Before reaching agreement in principle to settle this Action, MLO had, among other things:  (i) reviewed and analyzed, *inter alia*, all documents proposed to be filed by Lead Plaintiffs to ensure conformance to local rules and practice, as is the firm's obligation under LR IA 11-2, (ii) conferred with Lead Counsel to assist with discovery stipulations and agreements; (iii) reviewed, offered revisions on, and localized the detailed Amended Complaint; (iv) analyzed and addressed Defendants' motion to dismiss arguments; (v) reviewed discovery documents produced by Defendants; (vi) conferred with co-counsel on strategic issues regarding discovery plans; and (vii) provided Lead Counsel with details, background, and other information on local practices, local counsel, local customs, judges, magistrate judges, and other issues unique to the United States District Court for the District of Nevada.

4.       The chart below summarizes the hours, rate, and lodestar of each MLO attorney who worked on this matter.

5.       The total number of hours spent on the litigation of the Action by my firm through today's date is 74. The total lodestar amount for attorney and paralegal time based on the firm's current rates is $62,900.00. A breakdown of the lodestar is set forth in the chart below:

**Total Hours and Lodestar**

| NAME AND STATUS | TOTAL HOURS | RATE | TOTAL LODESTAR |
|---|---|---|---|
| Andrew R. Muehlbauer (P) | 74 | 850.00 | $62,900.00 |
| **Total:** | **74** | | **$62,900.00** |

(P) – Partner; (OC) – Of Counsel  (A) – Associate; (PA) – Project Associate; (PL) – Paralegal

6.    MLO incurred a total of $2,400.00 in unreimbursed expenses in connection with the prosecution of this litigation, including $0 in anticipated litigation expenses associated with the remaining activities in this Action.  They are broken down as follows:

| EXPENSE CATEGORY | AMOUNT |
|---|---|
| Court Filing, Court Reporter, and Transcript Fees | $2,400.00 |
| **Total:** | $2,400.00 |

7.    The expenses incurred are reflected in the books and records contemporaneously prepared by the firm. These books and records are prepared from expense vouchers, invoices, and other billing records, and are an accurate record of the expenses incurred. I have reviewed the expenses for which reimbursement is sought and confirmed that they were reasonably necessary for the effective and efficient prosecution and resolution of the litigation and reasonable in amount. The expenses are all of a type that would normally be charged to a fee-paying client in the private legal marketplace.

8.    MLO's compensation for services rendered in this case was and is entirely contingent on the success of the prosecution of the Action, and on the Court's approval of the fee and expense application. None of the attorneys' fees and expenses submitted to this Court has been paid from any source or has been the subject of any prior request or prior award in any litigation or other proceeding.

I declare that the foregoing is true and correct.

Executed on March 11, 2024.

/s/_____

Andrew R. Muehlbauer

- 3 -