# Exhibit 5

**MUEHLBAUER LAW OFFICE, LTD.**
Andrew R. Muehlbauer
Nevada Bar No. 10161
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117
Telephone: (702) 330.4505
Facsimile: (702) 825.0141
Email: andrew@mlolegal.com

*Liaison Counsel for Lead Plaintiffs*

**POMERANTZ LLP**
Omar Jafri
(admitted *pro hac vice*)
Genc Arifi
(admitted *pro hac vice*)
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email:   ojafri@pomlaw.com
            garifi@pomlaw.com

*Lead Counsel for Lead Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

IN RE PAYSIGN, INC. SECURITIES LITIGATION

Case No: 2:20-CV-00553-GMN-DJ

HON. GLORIA M. NAVARRO

<u>CLASS ACTION</u>

**DECLARATION OF JOHANN FRANCISCONI**

- 1 -

I, Johann Francisconi, declare as follows:

1. I am a Court-appointed Lead Plaintiff in the above-captioned action (the "Action"). I submit this declaration ("Declaration") in support of: (i) Plaintiffs' motion for final approval of class action settlement and approval of the proposed Plan of Allocation; and (ii) Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses, including the request of a reimbursement award in the amount of $10,000 to me for my representation of the Class in this Action. I have personal knowledge of the matters set forth in this Declaration, and I could and would testify competently to these matters.

2. I have been involved in this Action since filing the lead plaintiff papers on May 18, 2020. On December 2, 2020, the Court appointed me as Co-Lead Plaintiff. On January 4, 2024, the Court preliminarily certified the Settlement Class for settlement purposes and preliminarily approved my appointment to serve as a class representative for the Class.

3. Throughout this litigation, I am a retired airline pilot and generated income from this profession.

4. In fulfilling my responsibilities as a plaintiff in this Action, I have worked with Lead Counsel regarding all aspects of the litigation and resolution of this case. I have been in regular contact with Lead Counsel to monitor and contribute to the successful prosecution of this Action, and I received regular status reports from Lead Counsel on case developments. I always made myself available to Lead Counsel. The various tasks I have performed include, but are not limited to:

    a. participating in the preparation of the motion and supporting documents to request my appointment as Lead Plaintiff;

    b. reviewing the original complaint and amended complaint filed on my behalf and the factual bases of the allegations set forth therein;

    c. reviewing Defendants' papers in support of their attempts to dismiss the complaint;

    d. gathering documents to fulfill my discovery obligations;

    e. consulting with Lead Counsel in responding to Defendants' discovery requests, including written requests for the production of documents;

DECLARATION OF JOHANN FRANCISCONI
2:20-CV-00553-GMN-DJA

f.  discussing mediation with Lead Counsel;

g.  discussing the proposed Settlement with Lead Counsel, including evaluating the Settlement amount, and ultimately approving the Settlement; and

h.  reviewing the Court's Order that preliminarily approved the Settlement and discussing the issues relevant to the final approval process, including Lead Counsel's request for attorneys' fees and expenses, with Lead Counsel.

5.  I have done my best to promote the interests of the Class and to obtain the best recovery possible under the circumstances. Based on my involvement throughout the prosecution and resolution of the claims asserted in the Action, I believe that the Settlement provides a fair, reasonable, and adequate recovery for the Class, particularly in light of the risks of continued litigation.

6.  I understand that reimbursement of a Plaintiff's reasonable costs and expenses, including lost wages, is authorized under the PSLRA. I estimate that I have spent at least 40 hours in performing all of the work I have done in this Action for the direct benefit of the Class, as recounted in paragraph 4, above.

7.  While I understand that the ultimate determination of Lead Counsel's request for an award of attorneys' fees and litigation expenses rests with the Court, I believe that Lead Counsel's requested fee of one-third of the Settlement Amount, plus interest, and requested expense reimbursement is fair and reasonable in light of the work performed on behalf of the Class.

I declare under penalty of perjury under the laws of the United Stated of America that the foregoing is true and correct to the best of my knowledge.

Dated: _____3/8/2024_____

DocuSigned by:

_____
8BB565DDB7D1451...
Johann Francisconi

- 3 -

DECLARATION OF JOHANN FRANCISCONI
2:20-CV-00553-GMN-DJA