# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

IN RE PAYSIGN, INC. SECURITIES LITIGATION

Case No: 2:20-CV-00553-GMN-DJ

**DECLARATION OF ANDREW R. MUEHLBAUER IN SUPPORT OF PLAINTIFFS' REPLY MEMORANDUM IN FURTHER SUPPORT OF CONSENTED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND UNOPPOSED APPLICATION FOR ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND REIMBURSEMENT AWARD TO PLAINTIFFS**

HON. GLORIA M. NAVARRO

I, Andrew R. Muehlbauer, hereby declare as follows:

1.      I, Andrew R. Muehlbauer, am an attorney licensed to practice in the State of Nevada and am admitted in this Action. I am a partner in the firm of Muehlbauer Law Office, Ltd., Liaison Counsel in the above-captioned litigation, and have represented Plaintiffs throughout this litigation. I submit this declaration in support of Lead Plaintiffs' Reply Memorandum in Further Support of Consented Motion for Final Approval of Class Action Settlement and Unopposed Application for Attorneys' Fees, Reimbursement of Litigation Expenses, and Reimbursement Award to Plaintiffs.

2.      Attached hereto as exhibits are copies of the following:

Exhibit 1:   A copy of Supplemental Declaration of Margery Craig Concerning:  (A) Mailing of the Postcard Notice; (B) Report on  Requests For Exclusion and Objections; and (C) Claims Received to Date; and

Exhibit 2:   A copy of the [Proposed] Order and Final Judgment.

I declare that the foregoing is true and correct.

Executed on April 10, 2024, Las Vegas, Nevada

/s/ *Andrew R. Muehlbauer*
Andrew R. Muehlbauer

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 10, 2024, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such public filing to all counsel registered to receive such notice.

/s/ *Andrew R. Muehlbauer*
Andrew R. Muehlbauer

2