# EXHIBIT 1

# DECLARATION OF MARGERY CRAIG

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

IN RE PAYSIGN, INC. SECURITIES
LITIGATION

Case No. 2:20-cv-00553-GMN-DJA
Hon. Gloria M. Navarro

**CLASS ACTION**

**SUPPLEMENTAL DECLARATION OF MARGERY CRAIG CONCERNING:**
**(A) MAILING OF THE POSTCARD NOTICE; (B) REPORT ON**
**REQUESTS FOR EXCLUSION AND OBJECTIONS;**
**AND (C) CLAIMS RECEIVED TO DATE**

I, Margery Craig, declare as follows:

1.      I am a Project Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over fifteen years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five hundred fifty (550) class action cases since its inception. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

**UPDATE ON MAILING OF THE POSTCARD NOTICE**

2.      Pursuant to the Court's Order Granting Motion for Preliminary Approval of Class Action Settlement, dated January 4, 2024 (Dkt. No. 64, the "Preliminary Approval Orders"), SCS was appointed and approved as the Claims Administrator to supervise and administer the notice procedure as well as the processing of claims in connection with the Settlement of the above-captioned action.[1] I submit this supplemental declaration in order to provide the Court and the

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated December 15, 2023 (Dkt. No. 63-2, the "Stipulation").

SUPPLEMENTAL DECLARATION OF MARGERY CRAIG, No. 2:20-cv-00553-GMN-DJA

Parties with updated information regarding the notifications to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process.

3.      As noted in the Declaration of Margery Craig Concerning: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated March 7, 2024 (Dkt. No. 65-2, the "Craig Declaration"), SCS mailed or e-mailed 2,113 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list.

4.      As reported in the Craig Declaration, a total of 16,437 Postcard Notices have been mailed to potential Settlement Class Members[2] either by SCS or nominees. Additionally, as noted in the Craig Declaration, 22,423 emails with the direct link to the Notice and Proof of Claim have been sent. Since the Craig Declaration was filed, no additional Postcard Notices were mailed and no additional emails with the direct link to the Notice and Proof of Claim were sent.  To date, a total of 38,860 potential Settlement Class Members were notified either by mailed Postcard Notice or emailed a direct link to the location of the Notice and Proof of Claim on the settlement webpage.

5.      Since the Craig Declaration, an additional 130 were returned undeliverable.  Of these, the United States Postal Service provided a forwarding address for four, and SCS immediately mailed another Postcard Notice to the updated addresses.  The remaining 126 Postcard Notices returned as undeliverable were "skip-traced" to obtain updated addresses, and 52 were re-mailed to updated addresses.

[2] Since the Craig Declaration, SCS received an additional request from a potential Settlement Class Member for the Notice and Proof of Claim to be mailed to them.  SCS immediately mailed the Notice and Proof of Claim to the potential Settlement Class Member.

SUPPLEMENTAL DECLARATION OF MARGERY CRAIG, No. 2:20-cv-00553-GMN-DJA

**UPDATE ON TOLL-FREE PHONE LINE**

6.      The Craig Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement and may also request a Notice and Proof of Claim to be mailed to them.  SCS continues to promptly respond to each telephone inquiry and address Settlement Class Members' inquiries through the claims process.

**UPDATE ON SETTLEMENT WEBPAGE**

7.      As noted in the Craig Declaration, on January 12, 2024, SCS established a webpage on its website at www.strategicclaims.net/Paysign/. The website is accessible 24 hours a day, 7 days a week. The website contains the current status; the case deadlines; the online claim filing link; and the important case documents.  To date, the settlement webpage has received 5,459 pageviews from 1,191 unique users.

**UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS**

8.      The Postcard Notice, Notice, Summary Notice, and the settlement webpage informed potential Settlement Class Members that written requests for exclusion are to be mailed or delivered to SCS such that they are received no later than March 20, 2024. SCS has been monitoring all mail delivered for this case. To date, SCS has not received any exclusion requests.

9.      According to the Postcard Notice, Notice, Summary Notice, and the settlement webpage informed Settlement Class Members seeking to object to the proposed Settlement, any part of the Settlement, and/or to Lead Counsel's motion for attorneys' fees and expenses and application for an Award to Plaintiffs must be submitted to Lead Counsel and Counsel for Defendants, as well as filed with the Clerk of the Court, no later than March 20, 2024.  As of the

SUPPLEMENTAL DECLARATION OF MARGERY CRAIG, No. 2:20-cv-00553-GMN-DJA

date of this declaration, SCS has not received any objections, and SCS has not been notified that any objection was submitted.

## CLAIMS RECEIVED TO DATE

10.     The deadline for claims submission was March 4, 2024. As of the date of this declaration, SCS has received 6,917 claims. SCS is currently conducting quality assurance reviews of the submitted claims, such as verifying that the claim includes the required supporting documentation and detecting duplicative claims. Once this audit process is complete, claimants with incomplete or invalid claims will be given an opportunity to supplement or complete their claims. With these steps currently outstanding, the number of claims considered valid has not yet been finally determined.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 10th day of April 2024, in Media, Pennsylvania.

_____
Margery Craig

SUPPLEMENTAL DECLARATION OF MARGERY CRAIG, No. 2:20-cv-00553-GMN-DJA